IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona corporation,

      Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 13, 2013.**

The Joint Motion to Modify Scheduling Order [filed August 8, 2013; docket #28] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order in this case shall be modified as follows:

b.    Discovery Cut-off: Thursday, January 30, 2014.

c.    Dispositive Motions Deadline: Monday, March 17, 2014.

d.    Expert Witness Designations:

      3.    Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before Monday, October 28, 2013.

      4.    Defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before Friday, November 29, 2013.

      5.    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before Monday, December 30, 2013.

f./g.    Deadlines to serve Interrogatories, Requests for Production of Documents, and/or Requests

for Admissions: Monday, December 16, 2013.

2