IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona corporation,

      Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2013.**

      In the interests of justice and for good cause shown to modify the Scheduling Order, Plaintiff's Unopposed Motion to Amend Complaint [filed August 27, 2013; docket #31] is **granted**. The Clerk of the Court is directed to file the First Amended Complaint located at docket #31-1. Defendants shall file an answer or other response in accordance with Fed. R. Civ. P. 15(a).