IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona corporation,

    Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2013.**

The second Joint Motion to Modify Scheduling Order [filed October 17, 2013; docket #36] is **granted**. However, the Court will grant no further extensions of these deadlines absent a showing of exceptional cause. For good cause shown, paragraph 9 of the Scheduling Order in this case shall be modified as follows:

b.    Discovery Cut-off: Thursday, March 13, 2014.

c.    Dispositive Motions Deadline: April 28, 2014.

d.    Expert Witness Designations:

    3.    Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 9, 2013.

    4.    Defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 10, 2014.

    5.    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 10, 2014.

f./g.    Deadlines to serve Interrogatories, Requests for Production of Documents, and/or Requests for Admissions: January 27, 2014.

2

All other deadlines and conference dates will remain the same.