IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona corporation,

  Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

  Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2013.**

  For exceptional cause shown, the third Joint Motion to Modify Scheduling Order [filed November 22, 2013; docket #39] is **granted**. Paragraph 9 of the Scheduling Order in this case shall be modified as follows:

b. Discovery Cut-off: Thursday, April 8, 2014.

c. Dispositive Motions Deadline: May 27, 2014.

d. Expert Witness Designations:

  3. Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 6, 2013.

  4. Defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 7, 2014.

  5. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 10, 2014.

f./g. Deadlines to serve Interrogatories, Requests for Production of Documents, and/or Requests for Admissions: February 24, 2014.

All other deadlines and conference dates will remain the same.