IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona corporation,

     Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2013.**

     The Joint Motion for Entry of Confidentiality and Protective Order [filed November 27, 2013; docket #42] is **denied without prejudice**, and the proposed Confidentiality and Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. In addition, should the parties re-file the motion, the Court directs the parties to provide a copy of the proposed order in useable format to the Court by email at hegarty_chambers@cod.uscourts.gov.