IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an
Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona
corporation,

      Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut
corporation,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2013.**

      The renewed Joint Motion for Entry of Confidentiality and Protective Order [filed December 9, 2013; docket #45] is **granted**.  The proposed Confidentiality and Protective Order is accepted and filed contemporaneously with this minute order.