IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona corporation,

      Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2014.**

      The Joint Motion to Modify Scheduling Order to Extend Close of Discovery [filed May 5, 2014; docket #60] is **granted**.  For exceptional cause shown, Paragraph 9 of the Scheduling Order in this case shall be modified as follows:

b.      Fact discovery cutoff:  May 30, 2014

The Court will grant no further extension of this deadline absent a showing of exceptional cause. All other deadlines and conference dates will remain the same.