IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona corporation,

      Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2014.**

      For good cause shown, the Joint Motion to Modify Scheduling Order to Extend the Deadline for Filing Dispositive Motions [filed June 9, 2014; docket #63] is **granted**. Paragraph 9 of the Scheduling Order in this case shall be modified as follows:

c.      Dispositive Motions Deadline: June 12, 2014

All other deadlines and conference dates will remain the same.