**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date: April 23, 2014 |
| Court Reporter:    Tamara Hoffschildt | |

Civil Action No. 13-cv-00066-MSK-MEH

| *Parties*: | *Counsel Appearing:* |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of FISHER SAND AND GRAVEL CO. d/b/a Arizona Drilling and Blasting, an Arizona corporation; FISHER SAND AND GRAVEL CO. d/b/a ARIZONA DRILLING AND BLASTING, an Arizona corporation, | Kevin Bonner
Troy Rackham |
| Plaintiff, | |
| v. | |
| KIRKLAND CONSTRUCTION, LLP, a Colorado company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | Jason Kane
Richard Ranson |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:    Final Pretrial Conference.

**4:00 p.m.        Court in session.**

Parties are present. Luke Meister present on behalf of plaintiff; Jim Kirkland and Jamie Burgett on behalf of defendants.

**PENDING MOTIONS.**

Oral findings and conclusions of law are made of record and incorporated herein.

The Court addresses Plaintiff's Motion for Reconsideration **(Doc. #83)**.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page Two

Argument.

**ORDER:**   Plaintiff's Motion for Reconsideration (**Doc. #83**) is **DENIED.**  Claims will be removed as set forth on the record. Plaintiff may file a motion to amend the Final Pretrial Order to include the additional claim(s) discussed.

Review of the proposed final pretrial order - matters addressed:

> Claims
> Defenses
> Stipulated Facts
> Witness List
> Exhibit List
> Anticipated motions
> Trial length, trial process, evidentiary issues and any questions posed by counsel.

**ORDER:**   Pertinent to trial process: When the trial is set, each side will be given a set number of hours per side which will be tracked by the Courtroom Deputy on a chess clock.  The time may be used however the parties wish (openings/closing arguments, demonstrative exhibit, aids.)

**ORDER**:   Revised final pretrial order, witness, exhibit lists to be submitted by **May 14, 2015**.

**ORDER:**   Further Final Pretrial Conference is set on **June 1, 2015 at 3:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.  The parties (representatives) do not need to appear.

**ORDER:**   Additional deposition of the expert discussed will be concluded not later than **May 29, 2015**.

**5:08 p.m.**   **Court in recess.**

**Total Time:   1 hour 8 minutes.**
**Hearing continued**