IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00066-MSK-MEH

The UNITED STATES OF AMERICA for the use and benefit of Fisher Sand and Gravel Co., an Arizona corporation, d/b/a Arizona Drilling and Blasting, and
FISHER SAND AND GRAVEL CO., d/b/a Arizona Drilling and Blasting, an Arizona corporation,

    Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 13, 2015.**

    For good cause shown, the Joint Motion Requesting Neutral Evaluation [filed August 4, 2015; docket #100] is **granted**. Counsel for the parties shall first teleconference together, then call my chambers at (303) 844-4507 to arrange a date and time for the conference.