IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:13-cv-00066-MSK-MEH | Date: | November 17, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                          *Counsel:*

FISHER SAND AND GRAVEL CO.           Kevin Bonner

    Plaintiff,

v.

KIRKLAND CONSTRUCTION, LLP         Jason Kane

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**    **10:20 a.m.**

The Court calls case. Appearances of counsel. All counsel appeared by telephone.

Discussion was held regarding the status of a resolution to this case. Parties advise the Court that they should be filing dismissal papers within the week.

IT IS ORDERED THAT [92] Motion for Damages to Include Unpaid Sales Tax and Quantities in Pretrial order by Plaintiff is denied as moot.

**Court in recess:**    **10:23 a.m.**        (Hearing concluded)
Total time in court:    0:03

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.