IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Case No. 13-cv-00066-MSK-MEH

THE UNITED STATES OF AMERICA for the use and benefit of FISHER SAND AND GRAVEL CO. d/b/a Arizona Drilling and Blasting, an Arizona corporation;
FISHER SAND AND GRAVEL CO. d/b/a ARIZONA DRILLING AND BLASTING, an Arizona corporation,

    Plaintiffs,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Joint Motion to Dismiss With Prejudice, and good cause appearing, the Motion is HEREBY GRANTED. All claims asserted in this matter are hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED this 3rd day of December, 2015.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      Chief United States District Judge