IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00066-MSK-MEH

THE UNTIED STATES OF AMERICA for the use and benefit of FISHER SAND AND GRAVEL CO. d/b/a Arizona Drilling and Blasting, an Arizona corporation;
FISHER SAND AND GRAVEL CO. d/b/a ARIZONA DRILLING AND BLASTING, an Arizona Corporation,

       Plaintiffs,

v.

KIRKLAND CONSTRUCTION, LLP, a Colorado company;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

       Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order by Chief Judge Marcia S. Krieger (**Doc. #112)** filed on December, 2015, Granting Motion to Dismiss with Prejudice (**Doc. #111**), it is

ORDERED that:

The case is DISMISSED with prejudice with each party to bear its own attorneys' fees and costs.

The case is closed.

Dated this 3rd day December, 2015.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                s/Patricia Glover
                  Deputy Clerk